# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | CASE NUMBER: 09-mj-01171 |
| CARGILL MEAT SOLUTIONS CORP. | Robert Miller<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1and 2 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 33 U.S.C. § 1319(c)(1)(A) | Clean water act violations | 8/27/2003 | 1 and 2 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Special Assessment** | **Fine** |
|---|---|---|
| **Total:** | $250.00 | $200,000.00 |

11/13/2009
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

November 13, 2009
Date